IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:20CR290** |
| vs. | |
| VALLEN BATEMAN, | **ORDER** |
| Defendant. | |

This matter is before the court on Defendant's Unopposed Motion to Extend Time with which to File Pretrial Motions [15]. For good cause shown, I find that the motion should be granted. Defendant will be given an approximate 30-day extension. Pretrial Motions shall be filed by December 18, 2020.

IT IS ORDERED:

1.      Defendant's Unopposed Motion to Extend Time with which to File Pretrial Motions [15] is granted. Pretrial motions shall be filed on or before December 18, 2020. The Jury Trial set for 12/14/2020 at 9:00 AM in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Judge Robert F. Rossiter Jr. is canceled and will be reset upon pretrial matters being completed.

2.      The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between November 18, 2020 and December 18, 2020, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

Dated this 19th day of November, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge